# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| DANNIE LEE LAFLEUR, JR. # 600564 | CIVIL ACTION NO. 23-1458-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LINDA B. DUPRE | MAGISTRATE JUDGE AYO |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** to Petitioner's right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive § 2254 petition.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 16th day of April, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE